Name _Bobby E. Burton, Jr._

Prison Number _B 368 46_

Place of confinement _Michael Unit_

Mailing address _2664 FM 2054_

City, State, Zip _Tenn, Colony, TX. 75886_

Telephone _____

RECEIVED

MAY 29 2018

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

_Bobby E. Burton Jr._ ,

(Enter full name of plaintiff in this action)

Plaintiff,

vs.

_Sgt. Sweat_ ,

_____ ,

_____ ,

(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. _3:18 CV-00124-TMB_

(To be supplied by Court)

**PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

### A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

### B. Parties

1. Plaintiff: This complaint alleges that the civil rights of _Bobby E. Burton, Jr._

(print your name)

who presently resides at _Michael Unit 2664 FM 2054, Tenn Colony, TX. 75886_

(mailing address or place of confinement)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _Sgt. Sweat_ is a citizen of
_Texas_, and is employed as a _Sgt. Sweat T.D.C.J_.
     (state)                                          (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2,_____ is a citizen of
_____, and is employed as a_____.
     (state)                                      (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____ is a citizen of
_____, and is employed as a_____.
     (state)                                      (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
**You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.**

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Prisoner § 1983 - 2
PS01, Nov. 2013

<u>Claim 1</u>: On or about __N/A_____, my civil right to

_____(Date)_____

__nestical cool___

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by ___Sgt. Sweat_____

(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

I was standing at door when Sgt. Sweat
slam my hand shut in food slot. Which
left bruises.

Claim 2: On or about _____, my civil right to
_____ (Date)
_____
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom
from cruel and unusual punishment, etc.  List **only one** violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2.  State what *happened* briefly and clearly, in your own words.  Do not cite legal authority or argument.  Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

<u>Claim 3</u>: On or about _____, my civil right to

(Date)

_____
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom
from cruel and unusual punishment, etc.  List **only one** violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3.  State what happened briefly and clearly, in your own words.  Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Prisoner § 1983 - 5
PS01, Nov. 2013

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** ___✓___ Yes _____ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s): _N/A_____

Defendant(s): _N/A_____

Name and location of court: _N/A_____

Docket number: _N/A_____ Name of judge: _N/A_____

Approximate date case was filed: _N/A_____ Date of final decision: _N/A_____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised: _N/A_____

b. <u>Lawsuit 2</u>:

Plaintiff(s): _N/A_____

Defendant(s): _N/A_____

Name and location of court: _N/A_____

Docket number: _N/A_____ Name of judge: _N/A_____

Approximate date case was filed: _N/A_____ Date of final decision: _N/A_____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised: _N/A_____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____Yes _____ No

If your answer is "Yes," describe each lawsuit on the next page.

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

4. **Are you in imminent danger of serious physical injury?** _____ Yes  _____ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: _____

_____

_____

_____

Prisoner § 1983 - 7
PS01, Nov. 2013

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ _N/A_

2. Punitive damages in the amount of $ _N/A_

3. An order requiring defendant(s) to _dismiss case_

4. A declaration that _N/A_

5. Other: _____

Plaintiff demands a trial by jury. _____ Yes __✓__ No


## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.


Executed at _Michael unit_ on _5-21-18_
        (Location)               (Date)

_Bobby E. Burton_
    (Plaintiff's Signature)


_____     _____
Original Signature of Attorney (if any)         (Date)

_____
_____
_____
Attorney's Address and Telephone Number

Prisoner § 1983 - 8
PS01, Nov. 2013

# 837896
Bobby E. Burton Jr.
Michael Unit
2664 FM 2054
Tenn. colony, TX.
75886

" Legal "

9315-7500007

U.S. District Court
222 W. 7th Ave. #4
Anchorage, AK.
99513

NORTH TEXAS TX P&DC
DALLAS TX 750
24 MAY 2018 PM 8 L.

PURPLE HEART

ADDITIONAL OUNCE - USA

:18-cv-00124-TMB    Document 1    Filed 05/29/18    Page